UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANK R. NORDLUND, BRYAN L. GELENAW,

    Plaintiffs,

v.

WASHINGTON STATE DEPARTMENT OF CORRECTIONS, RONALD FRAKER, VANCE ADMIRE,

    Defendants.

CASE NO. 14-5217 BHS-KLS

**ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION**

Defendants' motion for summary judgment is currently noted for December 5, 2014. Dkt. 13. Plaintiffs request that the motion be re-noted for February 6, 2015. Dkt. 18. Defendants do not object to the extension. Dkt. 19.

Accordingly, it is **ORDERED:** Plaintiffs' motion (Dkt. 18) is **GRANTED.** The Clerk is directed to re-note Defendants' motion (Dkt. 13) for **February 6, 2015** and to send a copy of this Order to Plaintiffs and counsel for Defendants.

Dated this  1st  day of December, 2014.

*Karen L. Strombom* (signature)

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING PLAINTIFFS' MOTION
FOR EXTENSION - 1